UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Herbert B. Raymond, Esq., Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: bankruptcy123@comcast.net
Herbert B. Raymond; Jeffrey M. Raymond,
Kevin DeLyon
Attorneys for the Debtor(s)

In Re:

TAMIKA M. BROWN-WESLEY, DEBTOR(S)

Case No.: 17-29309 RG

Judge: GAMBARDELLA

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by Capital One Auto Finance_ , creditor,

    A hearing has been scheduled for March 7, 2018_, at 10:30 A.M.__.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____ , at _____ _.

    ☐ Certification of Default filed by ,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

I have since made multiple payments not reflected on the certification. I tendered a payment for November and December of 2017 and January of 2018. The only outstanding payment is the February 2018 payment. I will be able to make the March payment when due and I am asking that the one remaining payment, which would apply to February of 2018, be spread out over a period of six months. I had a lot of payment obligations to pay all at once and unfortunately this fell to the wayside. And I have made most of the payments. This is my daughter's car and she desperately must have this car for use to travel to school and for other daily activities.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: FEBRUARY 28, 2018

Date: 02/28/18

Debtor's Signature

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.