Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−29309−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamika M Brown−Wesley
   aka Tamika Brown
   167 Richelieu Terrace
   Newark, NJ 07106

Social Security No.:
   xxx−xx−8971

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/3/18 at 10:30 AM

to consider and act upon the following:

*26* − Motion for Relief from Stay re: 2008 BMW 5 Series Sedan 4D 535xi AWD. Fee Amount $ 181. Filed by Jason Brett Schwartz on behalf of Capital One Auto Finance. Hearing scheduled for 3/7/2018 at 10:30 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification in Support of Motion # 2 Exhibit "A" # 3 Exhibit "B" # 4 Exhibit "C" # 5 Form 16A # 6 Proposed Order # 7 Statement as to Why No Brief is Necessary # 8 Certificate of Service) (Schwartz, Jason)

Dated: 10/1/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court