UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: bankruptcy123@comcast.net
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

**Order Filed on December 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 17-29309 (RG) |
|---|---|
|  | Adv. No.: |
| TAMIKA BROWN-WESLEY, DEBTOR(S) | Hearing Date: |
|  | Judge: ROSEMARY GAMBARDELLA |

### ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: December 11, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case 17-29309-RG    Doc 51    Filed 12/13/18    Entered 12/14/18 00:34:39    Desc Imaged
Certificate of Notice    Page 2 of 3

Page 2

Debtor: Tamika Brown-Wesley, Debtor(s)

Case no.  17-29309 (RG)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$1,000.00** for services rendered and expenses in the amount **$0.00**  for a total of **$1,000.00.**  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

*The debtor's monthly plan payment is modified to require payments as follows:*

**$300 per month for thirteen (13) months**

**$850 per month for seventeen (17) months starting November 2018**

**$1,354 per month for thirty (30) months starting April 2020**

*These payments are to be made by the Debtor to the Chapter 13 Trustee, Marie-Ann Greenberg, Esq.*

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.

United States Bankruptcy Court
District of New Jersey

In re:  
Tamika M Brown-Wesley  
    Debtor

Case No. 17-29309-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 11, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.
db             +Tamika M Brown-Wesley,    167 Richelieu Terrace,    Newark, NJ 07106-2412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Herbert B. Raymond    on behalf of Debtor Tamika M Brown-Wesley bankruptcy123@comcast.net, jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com  
        Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com  
        Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com, mdepietro@stark-stark.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                      TOTAL: 7