UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

RAYMOND AND RAYMOND
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
VOICEMAIL (815) 642-4613
Email: bankruptcy123@comcast.net
HERBERT B. RAYMOND #HR-1379
JEFFREY M. RAYMOND
ATTORNEYS FOR THE DEBTOR(s)

Order Filed on December 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TAMIKA M. BROWN-WESLEY,
DEBTOR(S)

Case No.: 17-29309 RG

Adv. No.:

Hearing Date: 11/7/18 @ 10:00 A.M.

Judge: ROSEMARY GAMBARDELLA

ORDER DENYING MOTION

The relief set forth on the following pages, two (2) through two (2) is hereby ORDERED:

DATED: December 17, 2018

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Tamika M. Brown-Wesley, Debtor(s)

Case no.: 17-29309 RG

Caption of order: Order Denying Motion

---

That Capital One Auto Finance's Motion for Stay Relief, pertaining to a 2008 BMW 5 Series Sedan, be and is hereby denied without prejudice.

United States Bankruptcy Court
District of New Jersey

In re:  
Tamika M Brown-Wesley  
    Debtor

Case No. 17-29309-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 17, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2018.  
db          +Tamika M Brown-Wesley,    167 Richelieu Terrace,    Newark, NJ 07106-2412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2018 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Herbert B. Raymond    on behalf of Debtor Tamika M Brown-Wesley bankruptcy123@comcast.net, jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com  
         Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com  
         Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com, mdepietro@stark-stark.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                           TOTAL: 7