Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–29309–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tamika M Brown–Wesley
aka Tamika Brown
167 Richelieu Terrace
Newark, NJ 07106

Social Security No.:
xxx–xx–8971

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on November 19, 2018.

On 03/15/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                April 17, 2019
Time:                08:30 AM
Location:            Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 18, 2019
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 17-29309-RG
Tamika M Brown-Wesley                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Mar 18, 2019
                              Form ID: 185             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2019.
```
db         +Tamika M Brown-Wesley,    167 Richelieu Terrace,     Newark, NJ 07106-2412
cr         +Steward Financial Services,    c/o Stark & Stark,    993 Lenox Drive,
             Lawrenceville, NJ 08648-2316
517082542  +Cornerstone,    PO Box 61047,    Harrisburg, PA 17106-1047
517082553  +Imaging Consultants of Essex, P.A.,    Billing Service Center,    769 Northfield Avenue, Ste. 260,
             West Orange, NJ 07052-1141
517196952  +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517082555  +Midland Mortgage,    Attn: KML Law Group, PC,    216 Haddon Ave., Ste. 406,
             Westmont, NJ 08108-2812
517082554   Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
517082561  +PSEG,    Cranford Customer Service,    District Office,    PO Box 1023,    Cranford, NJ 07016-1023
517082559  +PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
517082558  +PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
517082562  +Santander Bank,    75 State St., 5th Floor,    Boston, MA 02109-1827
517082563  +Santander Consumer,    PO Box 562088,    Dallas, TX 75356-2088
517199836  +Steward Financial Services,,    c/o Stark & Stark, P.C.,    993 Lenox Drive,
             Lawrenceville, NJ   08648,    Attention: Jennifer D. Gould, Esquire 08648-2316
517121682  +Summit Medical,    Attn: Simon's Agency Inc.,    PO Box 5026,    Syracuse, NY 13220-5026
517082567  +Summit Medical Group,    PO Box 1005,    Summit, NJ 07902-1005
517082568   Summit Medical Group,    Attn: Business Office Admin,    150 Floral Avenue,
             New Providence, NJ 07974-1557
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2019 01:20:55      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2019 01:20:51      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
cr         +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 01:29:36
             Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517082539  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2019 01:30:26      Capital One,
             PO Box 30281,    Salt Lake City, UT 84130-0281
517082540  +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 19 2019 01:29:51
             Capital One Auto Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
517090920  +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 19 2019 01:29:49
             Capital One Auto Finance,    Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
             Oklahoma City, OK 73118-7901
517100071  +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 19 2019 01:29:48
             Capital One Auto Finance, a division,    of Capital One, N.A. c/o AIS,    Portfolio Services, LP,
             4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517154918  +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 19 2019 01:29:48
             Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 4360,    Houston, TX 77210-4360
517095436  +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 19 2019 01:31:03
             Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
             Arlington, TX 76006-1347
517082543  +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 19 2019 01:21:38
             Credit Control Service,    725 Canton Street,    Norwood, MA 02062-2679
517082544  +E-mail/Text: electronicbkydocs@nelnet.net Mar 19 2019 01:20:58      Dept Of Education,
             121 S 13th St,    Lincoln, NE 68508-1904
517082552  +E-mail/Text: electronicbkydocs@nelnet.net Mar 19 2019 01:20:58      Dept Of Education/Nelnet,
             121 S 13th St,    Lincoln, NE 68508-1904
517189587   E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 19 2019 01:21:12      Jefferson Capital Systems LLC,
             Po Box 7999,    Saint Cloud Mn 56302-9617
517292205  +E-mail/Text: kurucn@mail.montclair.edu Mar 19 2019 01:21:23      Montclair State University,
             Attn: Norma Kuruc (855VA),    1 Normal Avenue,    Montclair, NJ 07043-1699
517082556  +E-mail/Text: bankruptcy@onlineis.com Mar 19 2019 01:21:27      Online Collections,    PO Box 1489,
             Winterville, NC 28590-1489
517082557  +E-mail/Text: bankruptcy@onlineis.com Mar 19 2019 01:21:27      Online In Sv,    PO Box 1489,
             Winterville, NC 28590-1489
517178458   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2019 01:29:44
             Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
             Norfolk VA 23541
517082560   E-mail/Text: bankruptcy@pseg.com Mar 19 2019 01:19:45      PSEG,    PO Box 790,
             Cranford, NJ 07016-0790
517082564  +E-mail/Text: clientservices@simonsagency.com Mar 19 2019 01:21:34      Simons Agency Inc,
             4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517082566   E-mail/Text: jchrist@stewardfs.com Mar 19 2019 01:21:03      Steward Financial Services,
             499 Old Kings Highway,    Maple Shade, NJ 08052
517082569  +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 01:29:36      Syncb/Amazon,    PO Box 965015,
             Orlando, FL 32896-5015
517082570  +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 01:29:37      Syncb/Qvc,    PO Box 965018,
             Orlando, FL 32896-5018
517083174  +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 01:30:52      Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 18, 2019
                              Form ID: 185             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517082572         E-mail/Text: bankruptcy@td.com Mar 19 2019 01:20:58      TD Bank,   PO Box 1377,
                   Lewiston, ME 04243-1377
517082571         E-mail/Text: bankruptcy@td.com Mar 19 2019 01:20:58      TD Bank,   PO Box 8400,
                   Lewiston, ME 04243
517103699        +E-mail/Text: electronicbkydocs@nelnet.net Mar 19 2019 01:20:58
                   U.S. Department of Education C/O Nelnet,   121 South 13th Street, Suite 201,
                   Lincoln, NE 68508-1911
517082573        +E-mail/Text: bnc-bluestem@quantum3group.com Mar 19 2019 01:21:30      Webbank/Fingerhut,
                   6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517082541*       +Capital One Auto Finance,   3901 Dallas Parkway,   Plano, TX 75093-7864
517082545*       +Dept Of Education,   121 S 13th St,   Lincoln, NE 68508-1904
517082546*       +Dept Of Education,   121 S 13th St,   Lincoln, NE 68508-1904
517082547*       +Dept Of Education,   121 S 13th St,   Lincoln, NE 68508-1904
517082548*       +Dept Of Education,   121 S 13th St,   Lincoln, NE 68508-1904
517082549*       +Dept Of Education,   121 S 13th St,   Lincoln, NE 68508-1904
517082550*       +Dept Of Education,   121 S 13th St,   Lincoln, NE 68508-1904
517082551*       +Dept Of Education,   121 S 13th St,   Lincoln, NE 68508-1904
517082565*       +Simons Agency Inc,   4963 Wintersweet Dr,   Liverpool, NY 13088-2176
                                                                                     TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Tamika M Brown-Wesley bankruptcy123@comcast.net,
               raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@
               gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@
               gmail.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```