UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: bankruptcy123@comcast.net
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

Order Filed on April 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 17-29309 (RG) |
|---|---|
|  | Adv. No.: |
| TAMIKA BROWN-WESLEY, DEBTOR(S) | Hearing Date: |
|  | Judge: ROSEMARY GAMBARDELLA |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: April 11, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2

Debtor: Tamika Brown-Wesley,  Debtor(s)

Case no.  17-29309 (RG)

Caption of order: Order Granting Supplemental Counsel Fees
_____

　　The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

　　ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$700.00** for services rendered and expenses in the amount **$0.00**   for a total of **$700.00**.  The allowance shall be payable

　　___XXXX___   through the Chapter 13 plan as an administrative priority.

　　_____  outside the plan.

***The debtor's monthly plan payment is modified to require payments as follows:***

　　**$300 per month for thirteen (13) months**

　　**$850 per month for seventeen (17) months starting November 2018**

　　**$1,380 per month for thirty (30) months starting April 2020**

***These payments are to be made by the Debtor to the Chapter 13 Trustee, Marie-Ann Greenberg, Esq.***

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.