Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 17−29309−RG
                                      Chapter: 13
                                      Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamika M Brown−Wesley
   aka Tamika Brown
   167 Richelieu Terrace
   Newark, NJ 07106

Social Security No.:
   xxx−xx−8971

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/16/19 at 10:00 AM

to consider and act upon the following:

**74** − Certification in Opposition to (related document:73 Creditor's Certification of Default (related document:57 Motion for Relief from Stay re: 165−169 Richelieu Terrace, Newark NJ 07106. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, Motion for Relief from Co−Debtor Stay of Diane Brown−Smith, 65 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 09/26/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Herbert B. Raymond on behalf of Tamika M Brown−Wesley. (Raymond, Herbert)

Dated: 9/27/19

                                                                     Jeanne Naughton
                                                                     Clerk, U.S. Bankruptcy Court