Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 17−29309−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tamika M Brown−Wesley
  aka Tamika Brown
  167 Richelieu Terrace
  Newark, NJ 07106

Social Security No.:
  xxx−xx−8971

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 4, 2020</u>          <u>Rosemary Gambardella</u>
                                        Judge, United States Bankruptcy Court